# EXHIBIT A

# INDEX OF SUPERIOR COURT FILINGS FILED IN
## *IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND V. MONEYGRAM INTERNATIONAL, INC.*; Case No. N15C-04-144 WCC

| Document Title | Filing Date |
| --- | --- |
| Complaint | April 15, 2015 |
| Case Information Statement | April 15, 2015 |
| Praecipe: MoneyGram, International, Inc., Pamela H. Patsley, W. Alexander Holmes, Francis A. Henry, J. Coley Clark, Victor W. Dahir, Antonio O. Garza, Thomas H. Hagerty, Seth W. Lawry, Petty Vaughan, Ganesh Rao, W. Bruce Turner, Thomas H. Lee Partners, L.P., Merrill Lynch, J.P. Morgan Securities LLC, Macquarie Capital (USA) Inc., William Blair & Company, LLC | April 15, 2015 |
| Praecipe: Goldman Sachs & Co., Inc. | April 15, 2015 |
| Praecipe: Wells Fargo Securities, LLC | April 15, 2015 |
| Summons: MoneyGram, International, Inc., Pamela H. Patsley, W. Alexander Holmes, Francis A. Henry, J. Coley Clark, Victor W. Dahir, Antonio O. Garza, Thomas H. Hagerty, Seth W. Lawry, Petty Vaughan, Ganesh Rao, W. Bruce Turner, Thomas H. Lee Partners, L.P., Merrill Lynch, J.P. Morgan Securities LLC, Macquarie Capital (USA) Inc., William Blair & Company, LLC | April 15, 2015 |
| Summons: Goldman Sachs & Co., Inc. | April 15, 2015 |
| Summons: Wells Fargo Securities, LLC | April 15, 2015 |
| Writs Issued | April 23, 2015 |
| Sheriff's Return: Goldman Sachs & Co. | May 4, 2015 |
| Sheriff's Return: Wells Fargo Securities LLC | May 4, 2015 |
| Sheriff's Return: MoneyGram International, Inc., Pamela H. Patsley, W. Alexander Holmes, J. Coley Clark, Victor W. Dahir, Antonio O. Garza, Thomas H. Hagerty, Seth W. Lawry, Peggy Vaughn, Inc., Ganesh Rao, W. Bruce Turner, Thomas H. Lee Partners, L.P., Merrill Lynch, Pierce, Fenner & Smith Incorporated, JP Morgan Securities LLC, MacQuarie Capital (USA) Inc. and William Blair & Company, LLC | May 4, 2015 |

# EXHIBIT B

Click to Print     Printed on: 5/18/2015 10:58:57 GMT-0400 (Eastern Daylight Time)

## Case History Search

Search Created:
5/18/2015 10:58:57 GMT-0400 (Eastern Daylight Time)

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | DE Superior Court-New Castle County | **Judge:** | Carpenter, William C | **File & ServeXpress Live Date:** | 4/15/2015 |
| **Division:** | | **Case Number:** | N15C-04-144 WCC CCLD | **Document(s) Filed:** | 12 |
| **Case Type:** | CCLD - Complex Commercial Litigation Division | **Case Name:** | Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | **Date Range:** | All |

1-5 of 5 transactions    <<Prev Page 1 of 1 Next >>

| Transaction ▼ | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|---|
| 57175469 | 5/4/2015 1:09 PM EDT | File And Serve | N15C-04-144 WCC CCLD Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | Sharon SA Agnew, DE Superior Court-New Castle County | 5 | Sheriffs Return | WRIT RETURNED ON 5-4-15 - SERVED MONEYGRAM INTERNATIONAL, INC, PAMELA H. PATSLEY, W. ALEXANDER HOLMES, J. COLEY CLARK, VICTOR W. DAHIR, ANTONIO O. GARZA, THOMAS H. HAGERTY, SETH W. LAWRY PEGGY VAUGHN, INC. GANESH RAO, W. BRUCE TURNER, THOMAS H. LEE PARTNERS, L.P., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JP MORGAN SECURITIES LLC, MACQUARIE CAPITAL (USA) INC, & WILLIAM BLAIR & COMPANY, LLC BY LEAVING A COPY WITH AMY MCLAREN, A REPRESENTATIVE FOR THE REGISTERED AGENT, ON 4-29-15 | Accepted | 3.7MB |
| 57173910 | 5/4/2015 11:00 AM EDT | File Only | N15C-04-144 WCC CCLD Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | Sheriff New Castle County, New Castle County DE Sheriffs Office | 3 | Sheriffs Return | WRIT RETURNED- SERVED WELLS FARGO SECURITIES LLC BY LEAVING A COPY WITH LYNANNE GARES, A REPRESENTATIVE FOR THE REGISTERED AGENT CORPORATION SERVICES INC, ON 5/1/15 | Accepted | 0.1MB |
| 57173911 | 5/4/2015 11:00 AM EDT | File Only | N15C-04-144 WCC CCLD Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | Sheriff New Castle County, New Castle County DE Sheriffs Office | 4 | Sheriffs Return | WRIT RETURNED - SERVED GOLDMAN SACHS & CO. INC. BY LEAVING A COPY WITH LYNANNE GARES, A REPRESENTATIVE FOR THE REGISTERED AGENT CORPORATION SERVICES INC, ON 5/1/15 | Accepted | 0.1MB |
| 57126971 | 4/23/2015 1:41 PM EDT | | N15C-04-144 WCC CCLD | Sharon SA Agnew, | 2 | Writ(s) Issued | (24) WRITS ISSUED ON 4-23-15 | Accepted | 1.4MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | File And Serve | Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | DE Superior Court-New Castle County | | | | | |
| 57087256 | 4/15/2015 7:47 PM EDT | File Only | N15C-04-144 WCC CCLD Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc., et al. | Christine Azar, Labaton Sucharow LLP-Delaware | 1 | Complaint | Complaint | Accepted | 0.1MB |
| | | | | | | Case Information Statement | CIS | Accepted | 0.1MB |
| | | | | | | Praecipe | Praecipe | Accepted | 0.1MB |
| | | | | | | Praecipe | Praecipe | Accepted | 0.1MB |
| | | | | | | Praecipe | Praecipe | Accepted | 0.1MB |
| | | | | | | Summons | Summons - Registered Agent | Accepted | 0.1MB |
| | | | | | | Summons | Summons - Registered Agent | Accepted | 0.1MB |
| | | | | | | Summons | Summons - Registered Agent | Accepted | 0.1MB |

1-5 of 5 transactions   <<Prev Page 1 of 1 Next>>