# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JOHN P. DITOMO
302 351 9329
302 498 6231 FAX
jditomo@mnat.com

September 12, 2016

**BY E-FILING**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

Re:   *Iron Workers District Council of New England Pension Fund v. MoneyGram International, Inc. et al.*
       C.A. 1:15-cv-00402-UNA

Dear Judge Stark:

I write in connection with the Court's September 2, 2016 ORDER directing the parties to meet and confer and to submit a joint status report regarding a proposal for what should occur next in the case. In that regard, the parties have conferred and have agreed to submit the enclosed Stipulation And [Proposed] Order Governing Amended Complaint And Response. If the Court finds the Stipulation and Proposed Order acceptable, counsel respectfully request the Court enter it.

Counsel remain available should Your Honor have any questions.

Respectfully,

John P. DiTomo (#4850)

Enclosure
cc:   Counsel of Record (*via e-filing*)