# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MONEYGRAM INTERNATIONAL, INC., THOMAS H. LEE PARTNERS, L.P., PAMELA H. PATSLEY, W. ALEXANDER HOLMES, J. COLEY CLARK, VICTOR W. DAHIR, ANTONIO O. GARZA, THOMAS H. HAGERTY, SETH W. LAWRY, PEGGY VAUGHAN, GANESH RAO, W. BRUCE TURNER, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, WELLS FARGO SECURITIES, LLC, GOLDMAN SACHS & CO., INC., J.P. MORGAN SECURITIES, LLC, MACQUARIE CAPITAL (USA) INC., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                Defendants. | Civil Action No. 1:15-cv-00402-LPS |

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

      WHEREAS, no defendant in the above-captioned action has served an answer or a motion for summary judgment;

      NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), court-appointed Lead Plaintiff, Iron Workers District Council of New England

2

Pension Fund, hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: July 24, 2017

                                   LABATON SUCHAROW LLP

                                   */s/ Ned Weinberger*
                                   Ned Weinberger (DE Bar No. 5256)
                                   300 Delaware Avenue
                                   Suite 1340
                                   Wilmington, DE 19801
                                   (302) 573-2540
                                   *nweinberger@labaton.com*

                                   Of Counsel:

                                   LABATON SUCHAROW LLP
                                   Joel H. Bernstein (admitted *pro hac vice*)
                                   Ira A. Schochet (admitted *pro hac vice*)
                                   140 Broadway
                                   New York, NY 10005
                                   (212) 907-0700
                                   *jbernstein@labaton.com*
                                   *ischochet@labaton.com*

                                   *Attorneys for Plaintiff Iron Workers District Council of New England Pension Fund*